(No. 14960.—Writ dismissed.)
HENRY VOGES, Admr., Plaintiff in Error, *vs.* HAROLD
DAVISON *et al.* Defendants in Error.

*Opinion filed December 19, 1922—Rehearing denied Feb. 8, 1923.*

APPEALS AND ERRORS—*errors must be assigned on the record.*
The failure to assign errors on the record necessitates a dismissal
of the writ of error notwithstanding alleged errors are argued in
the briefs.

WRIT OF ERROR to the Circuit Court of St. Clair county;
the Hon. GEORGE A. CROW, Judge, presiding.

LOUIS J. GROSSMANN, EDGAR C. GROSSMANN, WALTER
G. GROSSMANN, and EUGENE W. KREITNER, for plaintiff
in error.

F. J. TECKLENBURG, guardian *ad litem*, for defendants
in error.

Mr. CHIEF JUSTICE THOMPSON delivered the opinion of
the court:

This writ of error is prosecuted to review a decree of
the circuit court of St. Clair county. Various alleged errors
are argued by plaintiff in error but no errors have been
assigned on the record. There is, therefore, no issue for
this court to try. The rule requiring that the assignment
of errors must be written upon or attached to the record
has been in force since the organization of this court, and
this court has repeatedly held that a failure to assign errors
requires a dismissal. *Ditch* v. *Sennott,* 116 Ill. 288; *Ben-
neson* v. *Savage,* 119 id. 135; *McCormick* v. *Chicago and
State Line Railway Co.* 219 id. 593.

The writ of error is dismissed.                *Writ dismissed.*